UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-31 RM |
| ) | |
| FRANK FINNEY (01) ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 2, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 55], ACCEPTS defendant Frank Finney's plea of guilty, and FINDS the defendant guilty of Count 5 of the Indictment, in violation of 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:   July 22, 2008

　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　United States District Court